# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT FREEMAN,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:05-cv-1824-Orl-31KRS**

**INFOTECH SYSTEMS, INC. & VASU VASUDEVAN,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Joint Notice of Settlement and Motion for Approval of Settlement and to Dismiss with Prejudice (Doc. 22), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 19, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party